■ In the Matter of the Estate of HELEN K. HICKEY, Deceased.
MARSHA HANSBERGER, Respondent; LORRAINE J. PEARO, as
Trustee of the MARSHA HANSBERGER TRUST, Appellant. [788
NYS2d 893]—Appeal from a decree (denominated decision) of the
Surrogate's Court, Oneida County (John G. Ringrose, S.),
entered June 4, 2004. The decree determined that the 10-year

period for the life of the trust commenced on the date of decedent's death.

It is hereby ordered that the decree be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Surrogate's Court. Present—Pigott, Jr., P.J., Green, Hurlbutt, Kehoe and Pine, JJ.